PD-1373&1374&1375-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/21/2015 3:47:38 PM
Accepted 10/21/2015 4:14:01 PM
ABEL ACOSTA
CLERK

CAUSE NO. _____

_____

COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

_____

COURT OF APPEALS NO. 14-14-00488-CR, 14-14-00489-CR, 14-14-00490-CR
TRIAL COURT NO. 1283328-A, 1283329-A, 1283330-A

EX PARTE: KERRY JONES

_____

MOTION FOR AN EXTENSION
OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

_____

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Petitioner, Kerry Jones, files this Motion for Extension of Time to File Petition for Discretionary Review under Tex. R. App. P. 10.1, 10.5(b), and 53.7(f). In support of this motion, Petitioner shows the following:

1.     The Fourteenth Court of Appeals in Houston, Texas rendered its opinion and judgment in Ex Parte: Kerry Jones, No. 14-14-00488-CR, 14-14-00489-CR, 14-1400490-CR on August 18, 2015, a extension of time to file motion for rehearing was filed on September 17, 2015, a motion for rehearing was filed on September 17, 2015 and denied on September 22, 2015. The petition for review due date for filing is due on October 29, 2015.

Page 1

FILED IN
COURT OF CRIMINAL APPEALS

October 21, 2015

ABEL ACOSTA, CLERK

2.     Petitioner requests an extension of time of thirty days, to November 28, 2015. This is Petitioner's first request for an extension of time in this case.

3.     Petitioner relies on the following facts as a reasonable explanation for the requested extension of time:

The undersigned, was hired and is the second attorney in an appeal of a murder case styled The State of Texas v. Fidencio Valdez, AP-77,042 and has been working on this brief.  He has also been working on a murder trial case styled The State of Texas v. Ricardo Macias, No. 20130D03635 which have taken a substantial amount of time.  The undersigned also had to complete a brief on filed on October 8, 2015 in a case styled Ex Parte Arturo Ochoa-Salgado, No. 08-15-00154-CR; and is currently working on an appeal brief the United States Court of Appeals for the Fifth Circuit in a case styled The United States of America v. Sally Mena-Barraza, No. 14-51334 due October 21, 2015.  The undersigned has also been very busy with court hearings, client conferences and a conferences with investigators all of which have prevented him from writing the Petition for Review by the deadline of October 29, 2015, necessitating the filing of this extension request.

Therefore, Petitioner prays that this Court grant this motion for extension of time.

Respectfully submitted,

   /s/    James D. Lucas
JAMES D. LUCAS
SBN 12658300
2316 Montana Avenue
El Paso, Texas 79903
Tel: (915) 532-8811
Fax: (915) 532-8807
Counsel for Petitioner
jlucas2@elp.rr.com


CERTIFICATE OF SERVICE

I, James D. Lucas, hereby certify that on the 21[th] day of October , 2015, a true and correct amended copy of the foregoing instrument was delivered to the below-named individuals by electronic means:

Jaime Esparza
District Attorney
El Paso County Courthouse
500 E. San Antonio, Room 201
El Paso, Texas 79901
tdarnold@epcounty.com

State Prosecuting Attorney
P.O. Box 12405
Austin, Texas 78711
information@spa.texas.gov

Dated this 20th day of October, 2015.

   /s/    James D. Lucas
JAMES D. LUCAS